IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICK ABEGGLEN,

          Plaintiff,          OPINION AND ORDER

v.

                                           24-cv-105-wmc

STATE FARM FIRE AND
CASUALTY COMPANY,

          Defendant.

In this case, plaintiff Rick Abegglen brings claims for breach of contract, bad faith, and statutory interest against defendant State Farm Fire and Casualty Company ("State Farm") for refusing to cover hail damage to his roof. Defendant has moved to bifurcate and stay proceedings on plaintiff's bad faith and statutory interest claims to avoid defendant suffering prejudice by having to produce its entire claim file, confusing the jury, and wasting this court's resources. The court addressed and rejected these same arguments in *Luebke-Jones*, 23-cv-692-wmc, and will deny defendant's motion to bifurcate and stay for the reasons stated in its December 10, 2024, order denying defendant State Farm's motion seeking the same relief in that case. (Case No. 23-cv-692-wmc, dkt. #25.)

ORDER

IT IS ORDERED that:
1) defendant's motion for an order bifurcating plaintiff's breach of contract and bad faith claims (dkt. #9) is DENIED WITHOUT PREJUDICE to renewal in pretrial *in limine* motions; and
2) defendant's motion for an order staying proceedings on plaintiff's bad faith and statutory interest claims (dkt. #9) is DENIED.

Entered this 13th day of December, 2024.

BY THE COURT:

WILLIAM M. CONLEY
District Judge