MGW
< LAW, LLP >

Attorney Joshua M. Greatsinger (920) 645-6231 | jgreatsinger@mgwlawwi.com
Sarah Endries (920) 645-6224 | sendries@mgwlawwi.com

May 13, 2025

**VIA EFILING**

U.S. Magistrate Judge Anita M. Boor
United States District Court
120 N. Henry St., Rm. 320
Madison, WI 53703

**RE: Rick Abegglen v. State Farm Fire and Casualty Company**
**Western District of Wisconsin Case No. 24-CV-105**

Dear Judge Boor:

I am pleased to report that the above-captioned case recently settled. A stipulation and order for dismissal will be filed shortly.

Thank you for your time and attention.

Respectfully,

MGW LAW, LLP

*/s/ Joshua M. Greatsinger*

By: Joshua M. Greatsinger

JMG:se
cc: Attorney Jacob A. Sosnay/Attorney Alyssa N. Chojnacki (via efiling)